IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TABITHA M. MASK                                                                    PLAINTIFF

vs.                                           Civil No. 3:10-cv-03094

MICHAEL J. ASTRUE                                                                 DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion to Dismiss.  ECF No. 5.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Jimm Larry Hendren referred this case to this Court for the purpose of making a report and recommendation.  In accordance with that referral, this Court enters the following report and recommendation.

Plaintiff requests that her case be dismissed because the ALJ has awarded her benefits as a part of a separate application.  ECF No. 5.  Defendant has not yet answered.  Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff is permitted to voluntarily dismiss this action.  Accordingly, this Court recommends that Plaintiff's Motion to Dismiss be **GRANTED.**

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 21st day of February, 2010.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1