```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

TABITHA M. MASK                                              PLAINTIFF

v.                      Case No. 3:10-CV-03094

MICHAEL J. ASTRUE
Commissioner, Social Security
Administration                                               DEFENDANT

# **O R D E R**

On this 17th day of March 2011, there comes on for consideration the Report and Recommendations (Doc. 6) filed in this case on February 22, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. No objections to the Report and Recommendations were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion to Dismiss (Doc. 5) is **GRANTED**.

IT IS SO ORDERED this 17th day of March 2011.

/s/ Paul K. Holmes, III
Paul K. Holmes, III
United States District Judge